PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSIGEREDA DEMISSIE,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UR JADDOU, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. 2:23-CV-02272-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR REMAND PURSUANT TO 8 U.S.C. § 1447(b) |

　　　This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on her application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within 30 days of the order of remand.

///
///
///
///
///
///
///

1

Respectfully submitted,

Dated: November 22, 2023                    PHILLIP A. TALBERT
                                            United States Attorney

                                    By:  /s/ ELLIOT C. WONG
                                         ELLIOT C. WONG
                                         Assistant United States Attorney


                                         /s/ JESSICA TAYLOR ARENA
                                         JESSICA TAYLOR ARENA
                                         Counsel for Plaintiff


[~~PROPOSED~~] ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 30 days.

Dated: November 27, 2023

                                         _____
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE